■ The People of the State of New York, Respondent, v Rudy C. Patterson, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered November 18, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

■ The People of the State of New York, Respondent, v Cassandra Snowden, Appellant. [844 NYS2d 728]—Appeal from a· judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 22, 2004. The judgment convicted defendant, upon a jury verdict, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting her upon a jury verdict of assault in the first degree (Penal Law § 120.10 [1]), defendant contends that the evidence of serious physical injury is legally insufficient to support the conviction. By failing to renew her motion for a trial order of dismissal after presenting evidence, defendant failed to preserve that contention for our review (*see People v Hines*, 97 NY2d 56, 61 [2001], *rearg denied* 97 NY2d 678 [2001]; *People v Smith*, 32 AD3d 1291, 1292 [2006], *lv denied* 8 NY3d 849 [2007]). In any event, we conclude that it lacks merit (*see People v Barnett*, 16 AD3d 1128 [2005], *lv denied* 4 NY3d 883 [2005]; *People v Medina*, 11 AD3d 331 [2004], *lv denied* 4 NY3d 765 [2005]; *see also People v Coon*, 34 AD3d 869, 870-871 [2006]; *cf. People v Gray*, 30 AD3d 771, 772-773 [2006], *lv denied* 7 NY3d 848 [2006]). The sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.